| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | *E-FILED - 3/25/08* |
|   | Attorneys for Defendants |

*E-FILED - 3/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WENLI BAI,

        Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;
FRANCIS D. SICILIANO, Officer-in-Charge, San Jose Sub Office, U.S. Citizenship and Immigration Services;
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations;

        Defendants.

No. C 08-0101 RMW

**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER and [** ~~PROPOSED~~ **] ORDER**

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 3-week extension of time within which the Defendants must serve their answer to the complaint in the above-entitled action in light of the fact that this case might be administratively resolved, and the case could become moot in the reasonably foreseeable future.

///

///

Stipulation to Extend Time
C08-0101 RMW                        1

1 | The Defendants will file their answer on or before April 4, 2008.

Date: March 14, 2008              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: March 14, 2008              WENLI BAI
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/25/08                *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Extend Time
C08-0101 RMW                          2