```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7124
      FAX: (415) 436-7169                        *E-FILED - 4/10/08*
 7
    Attorneys for Defendants
 8
```

**9**  UNITED STATES DISTRICT COURT

**10**  NORTHERN DISTRICT OF CALIFORNIA

**11**  SAN JOSE DIVISION

| | |
|---|---|
| 12  WENLI BAI, | ) |
|    | ) No. C 08-0101 RMW |
| 13          Plaintiff, | ) |
|    | ) |
| 14       v. | ) |
|    | ) **STIPULATION TO DISMISS; AND** |
| 15  MICHAEL CHERTOFF, Secretary of the | ) **[PROPOSED] ORDER** |
|    Department of Homeland Security; | ) |
| 16  EMILIO T. GONZALEZ, Director, U.S. | ) |
|    Citizenship and Immigration Services; | ) |
| 17  FRANCIS D. SICILIANO, Officer-in-Charge, | ) |
|    San Jose Sub Office, U.S. Citizenship and | ) |
| 18  Immigration Services; | ) |
|    ROBERT S. MUELLER, III, Director | ) |
| 19  of the Federal Bureau of Investigations; | ) |
|    | ) |
| 20          Defendants. | ) |
|    | ) |

22  Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24  prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25  prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

26  of the dismissal of this action.

27  ///

28  ///

Stipulation to Dismiss
C08-0101 RMW                                      1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: March 31, 2008     Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS
Assistant United States Attorney

7 | Attorneys for Defendants

8

9

10 | Date: March 28, 2008     _____/s/_____
WENLI BAI
*Pro se*

11

12

**ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14

15

16 | Date: 4/10/08     *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge